IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Northern Division)
No.: 2:24-cv-00026-D-RN

JOYCE SYKES FITCH, MARK MIXON, )
SHERRYREED ROBINSON, and )
ADRIANA BLAKEMAN, individually and )
as elected officers and members of THE )
CONCERNED CITIZENS OF TYRRELL )
COUNTY, )
　 )
　　　Plaintiffs, )
　 )
v. )　　　　　**MOTION TO DISMISS**
　 )　　　　　　**COMPLAINT**
NATHAN EVERETT, NINA GRISWELL, )
JORDAN DAVIS, DOROTHY SPENCER, )
and ROBERT THOMPSON, as elected )
officers of the TYRRELL COUNTY )
BOARD OF COMMISSIONERS, )
　 )
　　　Defendants. )
_____

Defendants Nathan Everett, Nina Griswell, Jordan Davis, Dorothy Spencer, and Robert Thompson, as elected officers of the Tyrrell County Board of Commissioners, by and through the undersigned counsel, respectfully move the Court for an Order dismissing Plaintiff's claims alleged in the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's Complaint alleges claims against defendants for racially discriminatory government speech in violation of the equal protection clause of the Fourteenth Amendment under 42 U.S.C. § 1983. Defendants provide the following grounds for the dismissal of Plaintiffs' claims:

1.　　　Plaintiffs' equal protection claim fails to state a claim for relief because the pleaded allegations do not show defendants acted with discriminatory intent.

2.　　　Plaintiffs' suggestion that N.C. Gen. Stat. § 100-2.1 "serves to effectuate discriminatory actions" does not state a claim for relief against these defendants.

3.　　　Defendants have legislative immunity from plaintiffs' suit.

WHEREFORE, Defendants pray that their Motion to Dismiss be GRANTED, and that Plaintiffs' Complaint be dismissed with prejudice and for such other and further relief as may be deemed just and proper.

This the 9th day of September, 2024.

CRANFILL SUMNER LLP

BY:     /s/ Steven A. Bader
        STEVEN A. BADER
        State Bar No. 55931
        E-mail: sbader@cshlaw.com
        Post Office Box 27808
        Raleigh, North Carolina 27611-7808
        Telephone:  919-828-5100

        PATRICK H. FLANAGAN
        N.C. State Bar No. 17407
        Email: phf@cshlaw.com
        Post Office Box 30787
        Charlotte, NC 28230
        Telephone: (704) 332-8300

        *Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record:

Jaelyn D. Miller
Ian M. Mance
Emancipate NC
P.O. Box 309
Durham,NC 27702
Email: jaelyn@emancipatenc.org
Email: ian@emancipatenc.org
*Attorneys for Plaintiff*

CRANFILL SUMNER LLP

BY: /s/ Steven A. Bader
STEVEN A. BADER
N.C. State Bar No. 55931
E-mail: sbader@cshlaw.com
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919-828-5100

PATRICK H. FLANAGAN
N.C. State Bar No. 17407
Email: phf@cshlaw.com
Post Office Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300

*Attorneys for Defendants*