IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:24-CV-26-D

| | |
|---|---|
| JOYCE SYKES FITCH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| TYRRELL COUNTY, | ) |
| Defendant. | ) |

The court DENIES defendant's motion for entry of default [D.E. 30], GRANTS plaintiffs' motion for leave to file an out-of-time motion [D.E. 31], and GRANTS plaintiffs' motion for extension of time to file answer [D.E. 32]. Plaintiffs have filed their answer. See [D.E. 33].

SO ORDERED. This 1 day of August, 2025.

JAMES C. DEVER III
United States District Judge