IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN** DIVISION
No. **2:24-cv-00026-D**

| | |
|---|---|
| JOYCE FITCH, et al. | ) |
| | ) |
| | ) |
| | ) |
| **v.** | ) **[PROPOSED] ORDER ON MOTION TO** |
| | ) **WITHDRAW** |
| TYRRELL COUNTY | ) |
| | ) |
| | ) |

Pursuant to Local Civil Rule 5.2, the motion to withdraw is hereby GRANTED and counsel's appearance for Plaintiff Adriana Blakeman("Client") in this action is terminated. With regard to Client's continued representation, the court ORDERS as follows:

Within 21 days of the filing date of this order, Client must file a notice of self-representation <u>or</u> cause new counsel to file a notice of appearance.

**A party that fails to file a notice of self-representation or cause new counsel to file a notice of appearance may be subject to sanctions, including but not limited to dismissal or default judgment. A self-represented party is responsible for being familiar and complying with all applicable rules and pending deadlines in this action.**

SO ORDERED.  This _____ day of _____ , _____.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE